**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:       (406) 657-6101
FAX:          (406) 657-6989
Email:        Lori.Suek@usdoj.gov

**FILED**

**MAY 17 2018**

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-66-BLG- SPW** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **DISTRIBUTION OF METHAMPHETAMINE** (Counts I-III) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years of supervised release) |
| **BRETT KEVIN HAWKINS,** | |
| **Defendant.** | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** Title 21 U.S.C. § 841(a)(1) (Counts IV and V) (Penalty for Count IV: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

1

|  | **(Penalty for Count V: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years of supervised release)** **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
| --- | --- |

THE GRAND JURY CHARGES:

## COUNT I

That on or about June 29, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, BRETT KEVIN HAWKINS, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about June 30, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, BRETT KEVIN HAWKINS, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about July 5, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, BRETT KEVIN HAWKINS,

2

knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

That on or about July 14, 2017, at Stillwater County and elsewhere in the State and District of Montana, the defendant, BRETT KEVIN HAWKINS, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT V

That on or about November 21, 2017, at Billings, in Yellowstone County and elsewhere in the State and District of Montana, the defendant, BRETT KEVIN HAWKINS, knowingly and unlawfully possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

//

//

//

//

//

//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: ✓ (State custody)

Bail: _____

4