

FILED

NOV 0 9 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-66-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRETT KEVIN HAWKINS, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Extension of Time (Doc. 28), to respond to the defendant's motions to suppress, and for good cause shown,

IT IS HEREBY ORDERED that the motion for additional time to respond to the defendant's motions to suppress is **GRANTED**.

The United States has up to and including **Friday, November 16, 2018**, to file its responses.

DATED this 9th day of November, 2018.

SUSAN P. WATTERS
United States District Judge

1